**In re: George SALEMO, Petitioner.**

No. 06–3730.

United States Court of Appeals, Third Circuit.

Submitted Under Rule 21, Fed. R.App. P. Aug. 31, 2006.

Filed: Oct. 25, 2006.

George Salemo, Fort Worth, TX, pro se.

Before: Chief Judge SCIRICA, WEIS and GARTH, Circuit Judges.

OPINION

PER CURIAM.

George Salemo has filed a mandamus petition pursuant to 28 U.S.C. § 1651, seeking, in essence, to compel the District Court for the Eastern District of Pennsylvania to comply with an order issued by this Court in his prior action docketed at C.A. No. 04–1530, *see In re Salemo,* 130 Fed.Appx. 564 (3d Cir.2005), and assert jurisdiction over his motion filed pursuant

to 28 U.S.C. § 2255. After Salemo filed his mandamus petition, the District Court entered an order rescinding its prior order wherein it had concluded that it lacked jurisdiction to consider his § 2255 motion. In accordance with our decision in *In re Salemo,* 130 Fed.Appx. at 566, the District Court indicated that it would consider Salemo's motion as if it were the first § 2255 motion filed by petitioner. Additionally, the District Court entered an order on October 5, 2006, directing the government to file a response to Salemo's § 2255 motion within thirty days.

Accordingly, insofar as the District Court has done that which Salemo has sought to have this Court compel it to do, the petition for a writ of mandamus will be denied as moot.